IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER POINTER PLAINTIFF

v. No. 4:18-cv-585-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

TIMOTHY A. HOLDFORD PLAINTIFF

v. No. 4:18-cv-588-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

CHRISTOPHER D. WARREN PLAINTIFF

v. No. 4:18-cv-589-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

RICKEY MILLER PLAINTIFF

v. No. 4:18-cv-590-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

ERIC MURPHY PLAINTIFF

v. No. 4:18-cv-591-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

STANLEY BULLOCK PLAINTIFF

v. No. 4:18-cv-592-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

MARCUS MILLER PLAINTIFF

v. No. 4:18-cv-593-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

JASON LAMBERT PLAINTIFF

v. No. 4:18-cv-594-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

MARLIN IVY PLAINTIFF

v. No. 4:18-cv-595-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

JUSTIN OVERTON PLAINTIFF

v. No. 4:18-cv-596-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

JAMES YOUNG PLAINTIFF

v. No. 4:18-cv-597-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

CLIFTON THOMAS PLAINTIFF

v. No. 4:18-cv-598-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

JEFFREY RYAN ROBERTSON PLAINTIFF

v. No. 4:18-cv-599-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

STEVEN THOMAS PLAINTIFF

v. No. 4:18-cv-600-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

LARCELLA ROBINSON PLAINTIFF

v. No. 4:18-cv-601-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

TARIQ MAHDI PLAINTIFF

v. No. 4:18-cv-602-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

OBER HARMAN PLAINTIFF

v. No. 4:18-cv-603-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

ANDREW DELANG PLAINTIFF

v. No. 4:18-cv-604-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

DE'ANDRE GRAVES PLAINTIFF

v. No. 4:18-cv-606-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

MICHAEL BURK PLAINTIFF

v. No. 4:18-cv-607-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

WILLIAM BARNETT PLAINTIFF

v. No. 4:18-cv-609-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

JERROD CRAVEN PLAINTIFF

v. No. 4:18-cv-610-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

AUSTIN COUSINS PLAINTIFF

v. No. 4:18-cv-611-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

SANDY SANDERS PLAINTIFF

v. No. 4:18-cv-612-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

EDGAR EDDIE CANTU, JR. PLAINTIFF

v. No. 4:18-cv-613-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

BRANDEN L. BUTLER PLAINTIFF

v. No. 4:18-cv-614-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

ERIC D. HALL PLAINTIFF

v. No. 4:18-cv-616-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

MICHAEL WARREN PLAINTIFF

v. No. 4:18-cv-617-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

SHANE SMITH PLAINTIFF

v. No. 4:18-cv-618-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

LEE JOHNSON PLAINTIFF

v. No. 4:18-cv-619-DPM-JJV

DOC HOLLADAY, Pulaski County Jail DEFENDANT

**WALTER RATLIFF** **PLAINTIFF**

**v.** **No. 4:18-cv-620-DPM-JJV**

**DOC HOLLADAY, Pulaski County Jail** **DEFENDANT**

# JUDGMENT

The complaints are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

9 October 2018